JWV/TMJ: February 2012
GJ#26

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. |
| ) | |
| v.          ) | |
| ) | |
| DARRELL LAMAR GOLDSBY, ) | |
| Defendant.    ) | |

## INDICTMENT

## COUNTS ONE through FORTY-ONE
### [18 U.S.C. § 513(a)]

The Grand Jury charges:

1. That on or about the date set forth below for each Count, in Jefferson County within the Northern District of Alabama, the defendant,

## DARRELL LAMAR GOLDSBY,

did knowingly make, possess, and utter a forged security, that is, a check in the amount set forth below, of Regions Bank, an organization operating in interstate commerce, and of the United Steel Workers of America Local No. 2140, an organization operating in interstate commerce, with the intent to deceive another person and organization, in violation of Title 18, United States Code, Section

1

513(a).

2. The allegations in paragraph one above are hereby realleged and incorporated by reference for each of Counts One through Forty-One, as though fully set out therein:

| COUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|
| 1 | 02/09/07 | 7536 | $297.96 |
| 2 | 02/09/07 | 7539 | $195.00 |
| 3 | 02/09/07 | 7540 | $250.00 |
| 4 | 03/08/07 | 7555 | $296.97 |
| 5 | 03/09/07 | 7557 | $200.00 |
| 6 | 03/09/07 | 7558 | $195.00 |
| 7 | 03/29/07 | 7568 | $84.00 |
| 8 | 04/10/07 | 7581 | $297.96 |
| 9 | 04/16/07 | 7587 | $172.00 |
| 10 | 04/20/07 | 7584 | $86.00 |
| 11 | 05/10/07 | 7602 | $297.96 |
| 12 | 05/10/07 | 7604 | $167.91 |
| 13 | 05/10/07 | 7607 | $75.00 |
| 14 | 05/10/07 | 7610 | $194.19 |
| 15 | 08/03/07 | 7676 | $197.96 |
| 16 | 09/05/07 | 7700 | $122.00 |

| COUNT | DATE | CHECK | AMOUNT |
|---|---|---|---|
| 17 | 09/05/07 | 7701 | $81.71 |
| 18 | 10/14/07 | 7715 | $197.96 |
| 19 | 10/21/07 | 7716 | $228.28 |
| 20 | 11/01/07 | 7726 | $83.72 |
| 21 | 11/08/07 | 7740 | $197.96 |
| 22 | 11/13/07 | 7746 | $39.92 |
| 23 | 12/05/07 | 7759 | $197.96 |
| 24 | 12/10/07 | 7766 | $59.00 |
| 25 | 01/10/08 | 7784 | $148.98 |
| 26 | 02/07/08 | 7803 | $297.96 |
| 27 | 03/07/08 | 7819 | $297.96 |
| 28 | 04/03/08 | 7840 | $297.96 |
| 29 | 04/04/08 | 7843 | $296.97 |
| 30 | 04/25/08 | 7851 | $59.60 |
| 31 | 05/07/08 | 7867 | $297.96 |
| 32 | 05/12/08 | 7870 | $83.95 |
| 33 | 06/12/08 | 7894 | $297.96 |
| 34 | 06/21/08 | 7875 | $59.68 |
| 35 | 07/09/08 | 7907 | $297.96 |
| 36 | 07/17/08 | 7915 | $363.93 |

| COUNT | DATE | CHECK | AMOUNT |
|-------|----------|-------|----------|
| 37    | 08/06/08 | 7928  | $297.96  |
| 38    | 08/23/08 | 7931  | $297.96  |
| 39    | 09/10/08 | 7947  | $397.96  |
| 40    | 10/11/08 | 7961  | $397.96  |
| 41    | 11/06/08 | 7987  | $397.96  |

All in violation of Title 18, United States Code, Section 513(a).

## COUNT 42
### [29 U.S.C. § 501(c)]

The Grand Jury further charges:

1. That beginning in or about April 2006, and continuing until in or about November 2008, in Jefferson County within the Northern District of Alabama, the defendant,

**DARRELL LAMAR GOLDSBY,**

while an officer, that is, Financial Secretary, of the United Steel Workers of America, AFL-CIO, Local No. 2140, a labor organization engaged in an industry affecting commerce, did knowingly embezzle, steal and unlawfully and willfully abstract and convert to his own use and the use of another the moneys, funds,

securities, property, and other assets of said labor organization in the approximate amount of $10,869.15.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

/s/_____
TAMARRA MATTHEWS JOHNSON
Assistant United States Attorney